BEFORE THE SECOND DIVISION, APRIL 5, 1962

**No. 66668.**—C. H. Powell Co. et al. *v.* United States, protests 61/11984, etc. (Boston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of military visor insignia, in chief value of lame, similar in all material respects to those the subject of Abstract 63445, the claim of the plaintiffs was sustained.

**No. 66669.**—W. Sarasin, Swiss Ribbons, Ltd., et al. *v.* United States, protests 60/2718, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in all material respects to those the subject of Abstract 65697 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 5, 1962

**No. 66670.**—Norman G. Jensen, Inc., et al. *v.* United States, protests 60/19773, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiffs was sustained.